# In the United States Court of Federal Claims

No. 22-1600
(Filed: December 1, 2022)

```
*************************************
                                    *
CHARLES B. HENRY,                   *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## ORDER OF DISMISSAL

Plaintiff Charles B. Henry ("Plaintiff"), an Alaska state prisoner proceeding pro se,[1] filed a Complaint with this Court apparently seeking to submit an appeal to the Court of Appeals for the Federal Circuit rather than a cause of action within this court's jurisdiction. See ECF No. 1 at 1.

Plaintiff's intended appeal appears to be related to an incarceration stemming from sexual abuse of a minor in 1990. See ECF No. 1 at 2-5. The Court of Federal Claims does not have appellate jurisdiction over criminal convictions.

Therefore, the Complaint is **DISMISSED** for lack of jurisdiction. The Clerk of the Court is instructed to enter judgment accordingly.

---

[1] Plaintiff also filed an application to proceed in forma pauperis. ECF No. 2. The Court **GRANTS** the Motion for the limited purpose of the jurisdictional inquiry.

1

2

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Senior Judge**